UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WEBB, KIRTIS IRVIN | ) | Case No. 10-61679 W |
| WEBB, ROSE MITCHELL | ) | |
| | ) | |
| Debtor(s) | ) | Chapter 7 |
| | ) | |

**TRANSMITTAL OF SMALL DIVIDENDS**

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Dated:  September 30, 2011                    By: /s/Andrew S. Goldstein

Andrew S. Goldstein, Esq.  (VSB #28421)
Magee Goldstein Lasky & Sayers, PC
PO Box 404
Roanoke, VA 24003-0404
Telephone: (540) 343-9800
Facsimile: (540) 343-9898
Chapter 7 Trustee

Printed: 08/29/11 12:12 PM

Page: 1

# Claims Proposed Distribution

### Case: 10-61679    WEBB, KIRTIS IRVIN

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:** $18.75    **Total Proposed Payment:** $18.75    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 2 | DISCOVER BANK | Unsecured | 6,522.51 | 6,522.51 | 275.79 | 6,246.72 | 1.62 | 17.13 |
| | Claim Memo: | | | | | | | |
| | Schedule F Account: XXXX-XXXX-XXXX-2529 | | | | | | | |
| 3 | VALLEY FASTENERS | Unsecured | 881.02 | 881.02 | 37.25 | 843.77 | 0.22 | 16.91 |
| 4 | ARCET | Unsecured | 622.96 | 622.96 | 26.34 | 596.62 | 0.15 | 16.76 |
| | Claim Memo: | | | | | | | |
| | Schedule F Account: X6307 | | | | | | | |
| 5 | MUMPOWER SIGN SUPPLY | Unsecured | 1,479.93 | 1,479.93 | 62.58 | 1,417.35 | 0.36 | 16.40 |
| 6U | AMHERST COUNTY TREASURER | Unsecured | 694.50 | 694.50 | 29.37 | 665.13 | 0.17 | 16.23 |
| 7 | AMERICAN ELECTRIC POWER | Unsecured | 1,002.99 | 1,002.99 | 42.41 | 960.58 | 0.25 | 15.98 |
| | Claim Memo: | | | | | | | |
| | Schedule F Account: XXXXXXX7727 | | | | | | | |
| | Schedule F Account: XXXXXXX0709 | | | | | | | |
| 9 | SUPERMEDIA FORMERLY IDEARC MEDIA LLC | Unsecured | 5,833.16 | 5,833.16 | 246.65 | 5,586.51 | 1.44 | 14.54 |
| 11 | AMERICAN INFOSOURCE LP AS AGENT FOR | Unsecured | 8,409.80 | 8,409.80 | 355.60 | 8,054.20 | 2.07 | 12.47 |
| | Claim Memo: | | | | | | | |
| | Schedule F Account: XXXXXXXXXXXX7591 | | | | | | | |
| 14 | PYOD LLC ASSIGNEE OF CITIBANK | Unsecured | 3,947.08 | 3,947.08 | 166.90 | 3,780.18 | 0.97 | 11.50 |
| | Claim Memo: | | | | | | | |
| | Schedule F Account: XXXXXXXXXXXX0329 | | | | | | | |
| 15 | PYOD LLC ASSIGNEE OF CITIBANK | Unsecured | 1,167.89 | 1,167.89 | 49.38 | 1,118.51 | 0.29 | 11.21 |
| | Claim Memo: | | | | | | | |
| | Schedule F Account: XXXXXXXXXXXX6951 | | | | | | | |
| 16 | GE MONEY BANK | Unsecured | 562.50 | 562.50 | 23.78 | 538.72 | 0.14 | 11.07 |
| | Claim Memo: | | | | | | | |
| | Schedule F Account: XXXXXXXXXXXX2064 | | | | | | | |
| 17 | CHASE BANK USA NA | Unsecured | 9,527.67 | 9,527.67 | 402.86 | 9,124.81 | 2.35 | 8.72 |
| 18 | CHASE BANK USA NA | Unsecured | 1,569.09 | 1,569.09 | 66.35 | 1,502.74 | 0.38 | 8.34 |
| | Claim Memo: | | | | | | | |
| | Schedule F Account: XXXX-XXXX-XXXX-8663 | | | | | | | |
| 19 | CHASE BANK USA NA | Unsecured | 10,627.58 | 10,627.58 | 449.37 | 10,178.21 | 2.62 | 5.72 |
| | Claim Memo: | | | | | | | |
| | Schedule F Account: XXXX-XXXX-XXXX-5305 | | | | | | | |
| 20 | FIA CARD SERVICES, NA/BANK OF AMERICA | Unsecured | 2,571.51 | 2,571.51 | 108.73 | 2,462.78 | 0.64 | 5.08 |
| | Claim Memo: | | | | | | | |
| | Schedule F Account: XXXX-XXXX-XXXX-2050 | | | | | | | |

Printed: 08/29/11 12:12 PM                                                                                                        Page: 2

# Claims Proposed Distribution

### Case: 10-61679   WEBB, KIRTIS IRVIN

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $18.75 | Total Proposed Payment: | $18.75 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 21 | FIA CARD SERVICES, NA/BANK OF AMERICA | Unsecured | 1,091.67 | 1,091.67 | 46.16 | 1,045.51 | 0.27 | 4.81 |
| | Claim Memo: Schedule F Account: 2588 | | | | | | | |
| 22 | FIA CARD SERVICES, NA/BANK OF AMERICA | Unsecured | 14,744.69 | 14,744.69 | 623.46 | 14,121.23 | 3.63 | 1.18 |
| | Claim Memo: Schedule F Account: XXXXXXXXXXXX0256 | | | | | | | |
| 23U | BEACON CREDIT UNION | Unsecured | 4,761.73 | 4,761.73 | 201.34 | 4,560.39 | 1.18 | 0.00 |
| | Claim Memo: Schedule F Account: XXXXXXX0909 | | | | | | | |
| | Total for Case 10-61679 : | | $76,018.28 | $76,018.28 | $3,214.32 | $72,803.96 | $18.75 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Unsecured Claims : | $76,018.28 | $76,018.28 | $3,214.32 | $18.75 | 4.253017% |